BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KASSANDRA MCGRADY, IDAHO STATE BAR NO. 8455
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

MAR 12 2019

STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. CR 19-0089-S EJL |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | 18 U.S.C. § 2261A(2)(A) & (B) |
| FRANK ABBOTT SWEENEY, | |
| Defendant. | |

The Grand Jury charges:

### COUNT ONE

**Stalking**
**18 U.S.C. § 2261A(2)(A) & (B)**

On or between December of 2015 and January 31, 2016, in the District of Idaho, the defendant, FRANK ABBOTT SWEENEY, with the intent to harass and intimidate S.R., did use the mail to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to S.R. and his immediate family members, E.R., K.R., and L.R., in violation of Title 18, United States Code, Section 2261A(2)(A) & (B).

INDICTMENT - 1

## COUNT TWO
### Stalking
### 18 U.S.C. § 2261A(2)(A) & (B)

On or between December of 2015 and December of 2018, in the District of Idaho, the defendant, FRANK ABBOTT SWEENEY, with the intent to harass and intimidate and place under surveillance with the intent to harass and intimidate E.R., did use the mail to engage in a course of conduct that placed E.R. in reasonable fear of death or serious bodily injury to herself and her immediate family members, K.R. and L.R., and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to E.R. and her immediate family members, S.R., K.R., and L.R., in violation of Title 18, United States Code, Section 2261A(2)(A) & (B).

## COUNT THREE
### Stalking
### 18 U.S.C. § 2261A(2)(A) & (B)

On or between December of 2015 and December of 2018, in the District of Idaho, the defendant, FRANK ABBOTT SWEENEY, with the intent to harass and intimidate and place under surveillance with the intent to harass and intimidate K.R., did use the mail to engage in a course of conduct that placed K.R. in reasonable fear of death or serious bodily injury to herself and her immediate family members, E.R. and L.R., and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to K.R. and her immediate family members, S.R., E.R., and L.R., in violation of Title 18, United States Code, Section 2261A(2)(A) & (B).

## COUNT FOUR

### Stalking
### 18 U.S.C. § 2261A(2)(A) & (B)

On or between December of 2015 and December of 2018, in the District of Idaho, the defendant, FRANK ABBOTT SWEENEY, with the intent to harass and intimidate L.R., did use the mail to engage in a course of conduct that placed L.R. in reasonable fear of death or serious bodily injury to herself and her immediate family members, E.R. and K.R., and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to L.R. and her immediate family members, S.R., E.R., and K.R., in violation of Title 18, United States Code, Section 2261A(2)(A) & (B).

## COUNT FIVE

### Stalking
### 18 U.S.C. § 2261A(2)(A) & (B)

On or between October of 2018 and February of 2019, in the District of Idaho, the defendant, FRANK ABBOTT SWEENEY, with the intent to harass and intimidate L.J., did use the mail to engage in a course of conduct that placed L.J. in reasonable fear of death or serious bodily injury to himself and his immediate family member, D.J., and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to L.J. and his immediate family member, D.J., in violation of Title 18, United States Code, Section 2261A(2)(A) & (B).

## COUNT SIX

### Stalking
### 18 U.S.C. § 2261A(2)(A) & (B)

On or between October of 2018 and February of 2019, in the District of Idaho, the defendant, FRANK ABBOTT SWEENEY, with the intent to harass and intimidate D.J., did use

**INDICTMENT - 3**

the mail to engage in a course of conduct that placed D.J. in reasonable fear of death or serious bodily injury to herself and her immediate family member, L.J., and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to D.J. and her immediate family member, L.J., in violation of Title 18, United States Code, Section 2261A(2)(A) & (B).

Dated this 12th day of March, 2019.

                                      A TRUE BILL

                                      */s/ [signature on reverse]*
                                      FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

KASSANDRA MCGRADY
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 4**