# CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| DEFENDANT'S NAME: | Frank Abbott Sweeney | JUVENILE: | No |
| DEFENSE ATTORNEY: | Elisa Massoth | \multicolumn{2}{c}{CR 19-0089-SEJL} |
| Address: | PO Box 1003<br>Payette, ID 83661 | PUBLIC or SEALED: | Public |
| | | SERVICE TYPE: | Notice (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | (208) 642-3797 | ISSUE: | Yes |
| INVESTIGATIVE AGENT: | James Hatch | INTERPRETER: | No |
| Telephone No.: | (208) 576-0598 | If YES, language: | |
| AGENCY: | United States Postal Inspector Service (USPIS) | | |
| CASE INFORMATION: | | RELATED COMPLAINT: | Yes |
| | | CASE NUMBER: | 1:19-mj-10371-CWD |

Stamp: U.S. COURTS / MAR 12 2019 / STEPHEN W. KENYON / CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

| | | | |
|---|---|---|---|
| CHARGING DOCUMENT: | Indictment | | |
| Felony: | Yes | County of Offense: | Ada |
| Class A Misdemeanor: | No | Estimated Trial Time: | 3 days |
| Class B or C Misdemeanor:<br>(Petty Offense) | No | | |

| STATUTE<br>(Title and Section(s)) | COUNT/<br>FORFEITURE<br>ALLEGATION | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release<br>and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 2261A(2)(A) & (B) | ONE | Stalking | Up to 5 years imprisonment, up to 1 year supervised release, up to a $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 2261A(2)(A) & (B) | TWO | Stalking | Up to 5 years imprisonment, up to 1 year supervised release, up to a $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 2261A(2)(A) & (B) | THREE | Stalking | Up to 5 years imprisonment, up to 1 year supervised release, up to a $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 2261A(2)(A) & (B) | FOUR | Stalking | Up to 5 years imprisonment, up to 1 year supervised release, up to a $250,000 fine, $100 Special Assessment |

| | | | |
|---|---|---|---|
| 18 U.S.C. § 2261A(2)(A) & (B) | FIVE | Stalking | Up to 5 years imprisonment, up to 1 year supervised release, up to a $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 2261A(2)(A) & (B) | SIX | Stalking | Up to 5 years imprisonment, up to 1 year supervised release, up to a $250,000 fine, $100 Special Assessment |

Date: 13 March 2019　　　　　　　Assistant U.S. Attorney: KASSANDRA MCGRADY
　　　　　　　　　　　　　　　　　Telephone No.: (208) 334-1211

*/s/ K.M.*