19-cr-89

Ada Count Jail

**U.S. COURTS**

MAR 18 2019

Boise ID

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

March 14, 2019

Dear Judge Bush,

I was arrained before you two weeks ago.
I'm seventy-five, and plagued by many of the infirmities that affect the elderly; in my case skin cancer and cardio-vascular disease. My request to the jail medical staff to see a physician are ignored.
Would you please ask a U.S. Marshal to make inquiry with jail personnel to determine why my requests for medical assistance are being ignored. I some-times have an urge to commit suicide

Yours truly,

Frank A. Sweeney
TS A. Sweeney

Inmate Frank Sweeney
c/o Ada County Jail
7210 Barrister Drive
Boise ID 83704-9217

U.S. MARSHAL
District of Idaho
EXAMINED
MAR 1 ____

Legal Mail

BOISE ID 837

15 MAR 2019 PM 1 L

Judge Bush
U.S. District Court
U.S. District Courthouse
550 W. Fort Street
Boise ID 83724




FOREVER
USA