Elisa G. Massoth, ISB#5647
**ELISA G. MASSOTH, PLLC**
PO Box 1003
Payette, Idaho  83661
Telephone 208-642-3797
Facsimile 208-642-3799
emassoth@kmrs.net

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF Idaho

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FRANK ABBOTT SWEENEY,<br><br>　　　　　　　　　　Defendant. | Case No.:  1:19-CR-00089-EJL<br><br>**DEFENDANT'S FIRST UNOPPOSED MOTION TO CONTINUE TRIAL** |

　　　　COMES NOW the Defendant, FRANK ABBOTT SWEENEY, through counsel, Elisa G. Massoth of the firm Elisa G. Massoth, PLLC, and hereby moves this Court for its order continuing the trial currently scheduled for May 14, 2019.  This motion is based on the attached Declaration of counsel and is unopposed by the Government.

　　　　Defendant respectfully requests the Court to continue the trial for no less than ninety (90) days, based on the reasons set forth in undersigned counsel's Declaration. I request that the trial not be set for July 2-16, 2019 because I have a planned family vacation.  The Government is unavailable July 8-15, 2019 and July 22-26, 2019.  Should the parties resolve this case prior to any new trial setting, undersigned counsel will notify the Court immediately, so it can adjust its calendar accordingly.

**DEFENDANT'S FIRST UNOPPOSED MOTION TO CONTINUE TRIAL, PAGE 1**

DATED This 30th day of April, 2019.

                                     ELISA G. MASSOTH, PLLC

                                     By     /s/
                                           ELISA G. MASSOTH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of April, 2019, I caused to be served a true and correct copy of the foregoing by ECF Notification to:

Kassandra McGrady
US Attorney's Office
800 Park Blvd., Ste. 600
Boise, ID  83712
Kassandra.mcgrady@usdoj.gov

                                        /s/
                                       ELISA G. MASSOTH