Elisa G. Massoth, ISB#5647
**ELISA G. MASSOTH, PLLC**
PO Box 1003
Payette, Idaho  83661
Telephone 208-642-3797
Facsimile 208-642-3799
emassoth@kmrs.net

Attorney for Defendant

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>FRANK ABBOTT SWEENEY,<br><br>                              Defendant. | Case No.: 1:19-CR-00089-DCN<br><br>**DEFENDANT'S MOTION TO RESET SENTENCING** |

   COMES NOW, the Defendant, FRANK ABBOTT SWEENEY, through counsel, Elisa G. Massoth of the firm Elisa G. Massoth, PLLC, and hereby moves the Court for an order resetting the sentencing hearing currently scheduled for November 12, 2019 at 3:00 p.m.  A set over of four to six (4-6) weeks will be sufficient.

   The grounds for the motion are that Mr. Sweeney has an extensive mental health background.  After significant research and requests for records at hospitals and correctional facilities, none have been located.  On today's date, counsel for Mr. Sweeney learned that Mr. Sweeney's former attorney in New Jersey (who is still practicing law at age 96) believes he has a client file in storage that should contain mitigating records.

To provide effective representation, a brief continuance is necessary. The Government was contacted regarding its position on a continuance but was unavailable to answer. A Motion for Downward Departure is due but a Memorandum in Support would be incomplete without time to receive and review previous legal counsel's client file.

DATED This 22nd day of October, 2019.

                                  ELISA G. MASSOTH, PLLC

                                  By:   /s/ Elisa G. Massoth
                                              ELISA G. MASSOTH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of October, 2019, I caused to be served a true and correct copy of the foregoing by ECF Notification to:

Kassandra McGrady
US Attorney's Office
800 Park Blvd., Ste. 600
Boise, ID  83712
Kassandra.mcgrady@usdoj.gov

                                      /s/ Elisa G. Massoth
                                      ELISA G. MASSOTH