U.S. COURTS
DEC 18 2019
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Ada County Jail
7210 W. Barrister Dr.
Boise ID 83704
December 14, 2019

Honorable David Nye
U.S District Judge
Boise ID 837

Dear Judge Nye:

Would you make a recommendation to the Bureau of Prisons that I be assigned to FCI Sheridan. The close proximity to Boise would permit me to receive visits.

Thank you.

Sincerely,

Frank Abbott Sweeney
#04476-050