Federal Correctional Institution
P.O. Box 7007
Marianna FL 32447-7007
June 2, 2021

Honorable David Nye
U.S. District Judge
U.S. Courthouse
Boise ID 83724

U.S. COURTS
JUN 07 2021
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

U.S. vs Frank Sweeney

Dear Judge Nye:

This Letter should be viewed as an application for compassionate release pursuant to the Cares Act 18 USC 12003(b)(2). As required, I first requested release via a petition to the warden at this facility, I was denied (see attached).

I am 77-years old, and I have completed half of my sentence. Due to my good deportment, I have been approved for a halfway house in Boise on June 13, 2022 (see attached).

I have arteriosclersis, a serious cardiac disease. And since my imprisonment, I have become infected with MERSA an infection which is causing

Honorable David Nye
June 2, 2021
Page Two

a sinus infection that the medical staff has been unsuccessful in treating

For these reasons and due to my advanced years which puts me at risk for a multitude of diseases, I am requesting a compassionate release.

Yours respectfully

*[signature]*
Frank Abbott Sweeney #04476-050