From:     ^I"SWEENEY, ^IFRANK A" <04476050@inmatemessage.com>
To:
Date:     5/2/2021 1:21 PM
Subject:  ***Request to Staff*** SWEENEY, FRANK, Reg# 04476050, MNA-C-B

To: Warden Mackelberg
Inmate Work Assignment: Unassigned

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
9bfa2b47-dd61-4380-a205-9b5455c6ef8a
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


Dear Warden Mackleberg,

   Please consider this letter to be a request for a compassionate release pursuant to the Cares Act.
   I am serving a 51 month sentence for stalking through the mail, which has nothing to do with sex or violence. I have served half of my term.
   I am 77 years old and I have arteriosclerosis, a serious cardio-vascular disease. Since my incarceration i have been plagued with a sever sinus infection caused by MERSA that the medical staff has been unable to successfully treat. It causes my eyes to swell shut and makes breathing difficult. I have also already been exposed to COVID during my stay here, so I am certainly at risk for more aggressive variants of the disease, as all people are.
   For theses reasons, my advanced age which puts me at risk for all kinds of opportunistic infections and diseases, the fact that I have completed 50% of my sentence, with no major offenses or complications, my weakened medical conditions, and, the fact my offense was not a sexual offense nor was it a violent offense, I feel I do in fact qualify for a compassionate release and do hereby request consideration of the same.

Thank You, Sincerely,

Frank Abbot Sweeney, #04476-050, Creek-B/113-L, 05/05/2021

INMATE REQUEST TO STAFF-RESPONSE

| NAME | REG. NO. | HOUSING UNIT |
|---|---|---|
| SWEENEY, Frank A. | 04476-050 | Creek B |

This is in response to a request received on May 2, 2021. You requested to be considered for a compassionate release pursuant to the CARES Act.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting COVID-19 does not currently warrant an early release from your sentence. Accordingly, your request for compassionate release is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____  5/7/2021
W. E. Mackelburg, Warden     Date



Port of Hope

Federal Residential Reentry Center
7360 W. Bethel St
Boise, ID 83704
*Telephone: (208) 318-1620*
*Facsimile: (208) 323-6217*

02/18/21

## SWEENEY, FRANK REG# 04476-050

You have been accepted at the Port Of Hope RRC with a placement date of 06/13/22 I have enclosed a rule book for your review. Please bring it with you when you arrive. We look forward to assisting you in your transition back into the community.

Sincerely,

*V. Beazer*

Victoria Beazer
Acting RRC Director

Frank Sweeney #04476-050
Federal Correctional Institution
P.O. Box 7007
Marianna FL 32447-7007

PENSACOLA FL 325
3 JUN 2021 PM 2 L

Honorable David Nye
U.S. District Judge
U.S. Courthouse
550 W. Fort St.
Boise ID 83724

U.S. MARSHALS
JUN 07 2021
EXAMINED