Elisa G. Massoth, ISB#5647
**ELISA G. MASSOTH, PLLC**
PO Box 1003
Payette, Idaho  83661
Telephone 208-642-3797
Facsimile 208-642-3799
emassoth@kmrs.net

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>FRANK ABBOTT SWEENEY,<br><br>                              Defendant. | Case No.: 1:19-CR-00089-DCN<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

COMES NOW, the Defendant, FRANK ABBOTT SWEENEY, through counsel, Elisa G. Massoth of the firm Elisa G. Massoth, PLLC, and moves this Court, pursuant to Local Criminal Rule 44.1(a), to permit counsel to withdraw from further representation of Mr. Sweeney in this case. The factual basis for this request is set forth in defense counsel's Declaration which is being filed separately under seal.

Mr. Sweeney stated in a letter to the Court [dkt 43], that he wishes to be granted compassionate release and has done so *pro se*.   For the reasons set forth in the Declaration filed simultaneously I seek an order allowing me to withdraw as counsel on this case.

A copy of the Motion and Declaration are being sent to Mr. Sweeney.

**MOTION TO WITHDRAW AS COUNSEL OF RECORD, PAGE 1**

DATED June 10, 2021

ELISA G. MASSOTH, PLLC

By:    /s/ Elisa G. Massoth
        ELISA G. MASSOTH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be served a true and correct copy of the foregoing document by method indicated below to:

| | | |
|---|---|---|
| Kassandra McGrady | x | ECF notification |
| US Attorney's Office | x | email |
| 800 Park Blvd., Ste. 600 | | |
| Boise, ID  83712 | | |
| Kassandra.mcgrady@usdoj.gov | | |

| | | |
|---|---|---|
| Frank A. Sweeney, #04476-050 | x | mail |
| Federal Correctional Institution | | |
| P.O. Box 7007 | | |
| Marianna, Florida  32447-7007 | | |

DATED  June 10, 2021

/s/ Elisa G. Massoth
ELISA G. MASSOTH

**MOTION TO WITHDRAW AS COUNSEL OF RECORD, PAGE 2**