UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK ABBOTT SWEENEY,<br><br>Defendant. | Case No. 1:19-cr-00089-DCN<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

The Court has before it a Motion and Declaration to Withdraw as Counsel of Record (Dkt. 45), filed by defense counsel. Defense counsel has set forth the grounds for the request in the separately filed Declaration.

IT IS HEREBY ORDERED, after consideration of the circumstances of this case, that the ends of justice would best be served by granting counsel's motion.  Elisa G. Massoth, defendant's counsel of record is hereby relieved from further representation of the defendant.

DATED: June 14, 2021

David C. Nye
Chief U.S. District Court Judge

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD - 1