19-cr-89-DCN

Federal Correctional Institution
P.O. Box 7007
Marianna FL 32447-7007
July 18, 2021

Honorable David C. Nye
U.S. District Judge
Boise ID 83724

U.S. COURTS
JUL 22 2021
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

U.S. vs Frank Abbott Sweeney
Motion for Compassionate Release
    Answer to AUSA McGrady's Response

Dear Judge Nye:

    Please accept this Letter as my Answer to Assistant U.S. Attorney Kassandra McGrady's Response to my Motion for Compassionate Release.

1) AUSA McGrady makes mention that I refused a second dose of Covid-19 vaccine. I agree. The first dose made me ill for several days. I feared a worse reaction if I took a second vaccination. And too, the media reported that some of the vaccines caused blood clots which can cause strokes. In a man my age, a stroke could be fatal especially in prison where it might take personnel awhile to get me to a hospital.

2) AUSA McGrady in her Response

Case 1:19-cr-00089-DCN Document 49 Filed 07/22/21 Page 2 of 3

19-CR-89-DCN

J.S. COURTS

JUL 22 2021

Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Honorable David C. Nye
June 18, 2021
Page Two

U.S. vs Frank A. Sweeney
Motion for Compassionate Release

claims that many of my postcards made threats to harm those people to whom they were sent. This is not true. None of my cards threatened harm or violence.

I make reference to an FBI report dated 3/23/2017 and written by Special Agent John H. Morton. SA Morton writes in part, "Writer reviewed multiple ACSO reports documenting the receipt of dozens of derogatory letters and postcards. The letters that were reviewed, while containing racial and/or other derogatory information, do not appear to contain threats."

3) As part of her Response, AUSA McGrady enclosed copies of prison disciplinary reports dating back to 1990, thirty-one years ago from another conviction. Certainly, these ancient reports cannot now be held against me.

I request that my motion be granted.

Respectfully submitted,

Frank Abbott Sweeney
Frank Abbott Sweeney #04476-050

Frank Mabell Sweeney #04476-030
Federal Correctional Institution
P.O. Box 7007
Marianna FL 32447-7007

PENSACOLA FL 325
19 JUL 2021 PM 2 L

Honorable David C. Nye
U.S. District Judge
U.S. District Court
550 W Fort St
Boise ID 83724