U.S. COURTS

JAN 14 2022

Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Federal Correctional Institution
P.O. Box 7007
Marianna FL 32447-7007

January 8, 2022

Honorable David C. Nye
U.S. District Judge
U.S. Courthouse
Boise ID 83724

Dear Judge Nye:

Upon my release to a halfway house in Boise in June, my goals are fourfold: To seek medical care for my numerous infirmities, many age related; to find a permanent residence where I can live once I'm discharged from the halfway house and begin my 3-year supervised release; to devote the rest of my life to the violin, teaching and playing as I was doing prior to my arrest in 2019; and to live as an honorable and lawful citizen in the Boise community.

Honorable David C. Nye
January 8, 2022
Page Two


Respectfully yours,

*Frank Abbott Sweeney*
Frank Abbott Sweeney

Frank A. Sweeney #04476-050
Federal Correctional Institution
P.O. Box 7007
Marianna FL 32447-7007

Honorable David C. Nye
U.S. District Judge
U.S. Courthouse
550 W Fort St Suite 400
Boise ID 83724

